UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00021 |
| | ) | JUDGE CAMPBELL |
| MIGUEL BUENO-ROMERO | ) | |

ORDER

By September 19, 2014, the Government is directed to file a notice as to the status of this case.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE